IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 18-31736 |
| | § | |
| R.O. MANSE 1708, LLC | § | (Chapter 11) |
| | § | |
| | § | |
| Debtor. | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND NOTICE

**PLEASE TAKE NOTICE** that Goldman Sachs Bank USA ("*Goldman*"), by and through its counsel of record, Vinson & Elkins LLP, hereby files this *Notice of Appearance and Request for Service and Notice* (this "*Notice of Appearance*") pursuant to sections 342 and 1109(b) of title 11 of the United States Code (the "*Bankruptcy Code*"), Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "*Federal Rules*"), and the Local Rules of the United States Bankruptcy Court for the Southern District of Texas (the "*Local Rules*"), and request that all notices given or required to be given in this case be given to and served upon counsel for Goldman at the following address, telephone, facsimile, and emails:

> William L. Wallander
> Garrick C. Smith
> **VINSON & ELKINS LLP**
> Trammell Crow Center
> 2001 Ross Avenue, Suite 3700
> Dallas, Texas 75201-2975
> Tel: (214) 220-7700
> Fax: (214) 220-7716
> bwallander@velaw.com
> gsmith@velaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, Local Rules, and sections of the

Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above referenced bankruptcy cases and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that Goldman does not consent to or waive any rights, claims, actions, or defenses through the filing and service of this Notice of Appearance with respect to jurisdiction under the Bankruptcy Code, and strictly reserves such rights, including (i) the right to trial by jury in any proceeding triable in this case or any case, controversy or proceeding related to this case, (ii) the right to have final orders in non-core matters entered only with *de novo* review by the United States District Court for the Southern District of Texas (the "***District Court***"), and (iii) the right to seek to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated: April 4, 2018

Respectfully submitted,

*/s/ Garrick C. Smith*
William L. Wallander
State Bar No. 20780750
Garrick C. Smith
State Bar No. 24088435
**VINSON & ELKINS LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel:  214.220.7700
Fax: 214.220.7716
bwallander@velaw.com
gsmith@velaw.com

**COUNSEL FOR GOLDMAN SACHS BANK USA**

## **CERTIFICATE OF SERVICE**

I certify that on April 4, 2018, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

    */s/ Garrick C. Smith*
    Garrick C. Smith